171 A.3d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SAINT H. MERILAN A/K/A, SAINT HILAIRE MERILAN, SAINT H. MER-IALN, SAINT MERILAN, JASON WILLIAMS, DEFENDANT-PETITIONER.

C–217 Sept. Term 2017
079388

October 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002826–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

171 A.3d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DENNIS AIELLO, DEFENDANT-PETITIONER.

C–227 Sept.Term 2017
079468

October 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004514–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.